**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sheryl Denise LAGRONE,
Defendant–Appellant.**

**No. 13–10049.**

United States Court of Appeals,
Fifth Circuit.

July 3, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, Leigha Amy Simonton, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, Christopher R. Wolfe, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, William Reynolds Biggs, Fort Worth, TX, for Defendant–Appellant.

Before REAVLEY, PRADO, and OWEN, Circuit Judges.

*ON PETITION FOR REHEARING EN BANC*

PER CURIAM:

On its own motion, this court hereby GRANTS PANEL REHEARING of the decision heretofore filed on February 18, 2014.

It is further ordered that this case be SCHEDULED FOR ORAL ARGUMENT on August 4, 2014 at the Homer Thornberry Judicial Building in Austin, Texas at 10:00 a.m.

It is further ordered that the Government's petition for rehearing en banc is DENIED AS MOOT.